# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JON-BARRETT HAVRILESKO | § | Case No. 12-82408 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/20/2012. The undersigned trustee was appointed on 06/20/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $  27,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 14,276.00 |
   | Bank service fees | 34.28 |
   | Other payments to creditors | 6,612.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 6,577.72 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/23/2012 and the deadline for filing governmental claims was 11/23/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,500.00 , for a total compensation of $ 3,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.86 , for total expenses of $ 7.86 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2016                By:/s/BERNARD J. NATALE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-82408 | MB | Judge: | Manuel Barbosa | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | JON-BARRETT HAVRILESKO | | | | Date Filed (f) or Converted (c): | 06/20/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/19/2012 |
| For Period Ending: | 09/30/2016 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 120.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account | 1,800.00 | 245.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 4. Necessary clothing | 600.00 | 50.00 | | 0.00 | FA |
| 5. Wife's wedding ring | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Animals | 50.00 | 0.00 | | 0.00 | FA |
| 7. Contract Claim Lawsuit       (u) | 270,000.00 | 270,000.00 | | 27,500.00 | FA |
| 8. 2 cats, 2 gerbils (Duplicate of Item #6)    (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $274,570.00      $270,295.00      $27,500.00      $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROSECUTION OF CLAIM ON BEHALF OF ESTATE PROCEEDED TO TRIAL IN MARCH 2016. DURING TRIAL CASE SETTLED. TERMS OF RELEASE DOCUMENTS ARE BEING EXCHANGED. TRUSTEE TO FILE COMPROMISE MOTION WITH THE BANKRUPTCY COURT FOR APPROVAL OF SETTLEMENT.


Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-82408 | Trustee Name: BERNARD J. NATALE |
| Case Name: JON-BARRETT HAVRILESKO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8665 |
| | Checking |
| Taxpayer ID No: XX-XXX3952 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 09/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/16 | 7 | Mr. Yeh<br>135 Fallen Leaf Drive<br>Hillsborough, CA 940106918 | Settlement Funds | 1249-000 | $27,500.00 | | $27,500.00 |
| 07/26/16 | 1101 | Attorney Earl Johnson<br>Law Offices of Horn & Johnson<br>769 19th Street<br>Oakland CA 946121014 | Special Counsel Attorney Fees | 3210-000 | | $11,000.00 | $16,500.00 |
| 07/26/16 | 1102 | Attorney Earl Johnson<br>Law Offices of Horn & Johnson<br>769 19th Street<br>Oakland CA 946121014 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $3,276.00 | $13,224.00 |
| 07/26/16 | 1103 | First-Citizens Bank & Trust Company<br>% Alan Scott Koenig<br>ASK Law Offices<br>P O Box 1170<br>Berkeley IL 947011170 | Compromise Re: Yeh Lawsuit | 4210-000 | | $6,612.00 | $6,612.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.28 | $6,577.72 |

| | | |
|---|---|---|
| COLUMN TOTALS | $27,500.00 | $20,922.28 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $27,500.00 | $20,922.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,500.00 | $20,922.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*      Page Subtotals:      $27,500.00      $20,922.28

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8665 - Checking | $27,500.00 | $20,922.28 | $6,577.72 |
|  | $27,500.00 | $20,922.28 | $6,577.72 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $27,500.00 |
| Total Gross Receipts: | $27,500.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 3:12-82408-MB  
Debtor Name: JON-BARRETT HAVRILESKO  
Claims Bar Date: 11/23/2012

Date: September 30, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| SPATTY 99 3210 | Attorney Earl Johnson<br>Law Offices of Horn & Johnson<br>769 19th Street<br>Oakland CA 946121014 | Administrative | | $0.00 | $11,000.00 | $11,000.00 |
| SPEXP 99 3220 | Attorney Earl Johnson<br>Law Offices of Horn & Johnson<br>769 19th Street<br>Oakland CA 946121014 | Administrative | | $0.00 | $3,276.00 | $3,276.00 |
| TREXP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $7.86 | $7.86 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $69.03 | $69.03 |
| 101 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $1,620.14 | $1,620.14 |
| ATTY 101 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $10,543.75 | $10,543.75 |
| COMP 400 4210 | First-Citizens Bank & Trust Company<br>% Alan Scott Koenig<br>ASK Law Offices<br>P O Box 1170<br>Berkeley IL 947011170 | Secured | | $0.00 | $6,612.00 | $6,612.00 |
| 1 610 7100 | Atlas Acquisitions LLC (Triad - HFN-AMERITECH)<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $0.00 | $346.78 | $346.78 |
| 2 610 7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $0.00 | $11,992.28 | $11,992.28 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:12-82408-MB  
Date: September 30, 2016  
Debtor Name: JON-BARRETT HAVRILESKO  
Claims Bar Date: 11/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 610 7100 | Trustee of the Trust Agt. Yung Sheng Yeh Est. The Yeh Family Trust 1/20/1995,c/o Michael J. McQuaid, Esq.,216 Park Road Burlingame, CA  94010 | Unsecured | Claim denied pursuant to Order entered on 6/22/16. | $0.00 | $132,860.00 | $0.00 |
| | Case Totals | | | $0.00 | $178,327.84 | $45,467.84 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-82408
Case Name: JON-BARRETT HAVRILESKO
Trustee Name: BERNARD J. NATALE

       Balance on hand                                                      $      6,577.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| COMP | First-Citizens Bank & Trust Company | $ 6,612.00 | $ 6,612.00 | $ 6,612.00 | $ 0.00 |

    Total to be paid to secured creditors                       $         0.00

    Remaining Balance                                            $      6,577.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 3,500.00 | $ 0.00 | $ 1,620.14 |
| Trustee Expenses: BERNARD J. NATALE | $ 7.86 | $ 0.00 | $ 7.86 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 10,543.75 | $ 0.00 | $ 4,880.69 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 69.03 | $ 0.00 | $ 69.03 |
| Other: Attorney Earl Johnson | $ 11,000.00 | $ 11,000.00 | $ 0.00 |
| Other: Attorney Earl Johnson | $ 3,276.00 | $ 3,276.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses       $      6,577.72

    Remaining Balance                                              $         0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,339.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Triad - HFN- AMERITECH) | $ 346.78 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 11,992.28 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE