UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

In re:                                             §
                                                   §
                                                   §
JON-BARRETT HAVRILESKO                             §    Case No. 12-82408
                                                   §
                                                   §
         Debtor                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 770.00<br>*(Without deducting any secured claims)* | Assets Exempt: 3,800.00 |
| Total Distributions to Claimants: 6,612.00 | Claims Discharged<br>Without Payment: 907,616.37 |
| Total Expenses of Administration: 20,888.00 | |

    3) Total gross receipts of $ 27,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 27,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 502,295.17 | $ 6,612.00 | $ 6,612.00 | $ 6,612.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,551.06 | 26,551.06 | 20,888.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 901,298.65 | 12,339.06 | 12,339.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,403,593.82 | $ 45,502.12 | $ 45,502.12 | $ 27,500.00 |

    4)  This case was originally filed under chapter 7 on 06/20/2012 . The case was pending for 54 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2016            By:/s/BERNARD J. NATALE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contract Claim Lawsuit | 1249-000 | 27,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First-Citizens Bank & Trust Company | 4210-000 | 502,295.17 | 6,612.00 | 6,612.00 | 6,612.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 502,295.17** | **$ 6,612.00** | **$ 6,612.00** | **$ 6,612.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,620.14 | 1,620.14 | 1,620.14 |
| BERNARD J. NATALE | 2200-000 | NA | 7.86 | 7.86 | 7.86 |
| Associated Bank | 2600-000 | NA | 34.28 | 34.28 | 34.28 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 10,543.75 | 10,543.75 | 4,880.69 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 69.03 | 69.03 | 69.03 |
| Attorney Earl Johnson | 3210-000 | NA | 11,000.00 | 11,000.00 | 11,000.00 |
| Attorney Earl Johnson | 3220-000 | NA | 3,276.00 | 3,276.00 | 3,276.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 26,551.06 | $ 26,551.06 | $ 20,888.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ( EBMUD<br>P.O. Box 1000<br>Oakland, CA 946490001 | | 172.34 | NA | NA | 0.00 |
| | 131 p Aux/A Lae& Og-<br>Pit_t-sec,mou6ii Ca, 'nolo<br>, | | 50.00 | NA | NA | 0.00 |
| | ACS Campus Products &Svc<br>P.O. Box 7060<br>Utica, NV 135047060 | | 1,315.00 | NA | NA | 0.00 |
| | Alan Scott Koenig, Esq.<br>P.O. Box 1170<br>Berkeley, CA 94701 | | 502,295.17 | NA | NA | 0.00 |
| | Alta Bates Summit Medical<br>3012 Summit St, 4th Floor<br>Oakland, CA 94609 | | 295.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Medical Response<br>1055 West Ave. J<br>Lancaster, CA 93534 | | 500.00 | NA | NA | 0.00 |
| | AT&T U-Verse(SM)<br>P.O. Box 1857<br>Alpharetta, GA 30023 | | 259.71 | NA | NA | 0.00 |
| | ATG Credit, LLC<br>PO Box 14895<br>Chicago, IL 60101 | | 221.00 | NA | NA | 0.00 |
| | Bay Alarm<br>60 Berry Drive,<br>Pecheco, CA 945535601 | | 1,188.59 | NA | NA | 0.00 |
| | Bay Area Credit Svc (AT&T)<br>1901 W 10th St.<br>Antioch, CA 94509 | | 326.78 | NA | NA | 0.00 |
| | Berkeley Emergency Medical<br>P.O. Box 1069<br>Layfayette, CA 945491069 | | 113.64 | NA | NA | 0.00 |
| | CMRE Financial Services<br>3075 East Imperial Hw 200<br>Brea, CA 92821 | | 438.86 | NA | NA | 0.00 |
| | Co o 6 4 -r E i t _ - ..,(1-<br><br>, | | 42.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Continental Commercial Gp<br>317 S. Brand Blvd.<br>Glendale, CA 91204.170 | | 1,188.59 | NA | NA | 0.00 |
| | Diversified Adjustment Svcs.<br>600 Coon Rapids Blvd<br>Coon Rapids, MN 55433 | | 953.22 | NA | NA | 0.00 |
| | Enhanced Recovery Compan<br>8014 Bayberry Rd<br>Jacksonville, FL 322567412 | | 259.71 | NA | NA | 0.00 |
| | EOS CCA (At&T)<br>PO Box 296<br>Norwell, MA 020610296 | | 259.71 | NA | NA | 0.00 |
| | FAICOLLECT INC.<br>P.O. Box 7148<br>Bellevue, WA 980081148 | | 21,762.19 | NA | NA | 0.00 |
| | Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 942700040 | | 286,126.00 | NA | NA | 0.00 |
| | Grant &Weber (for Alta Bates<br>26575 W. Agoura Rd.<br>Calabasas, CA 91302 | | 493.67 | NA | NA | 0.00 |
| | Internal Revenue Service<br>1301 Clay Street<br>Oakland, CA 94612 | | 1,539.02 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northshore (PG&E) PO Box 997340 rA"? 1 Sacramento, CA ":1 :' " | | 1,055.25 | NA | NA | 0.00 |
| | Office of Assessor, Alameda 1221 Oak St. Oakland, CA 946124288 | | 17,369.08 | NA | NA | 0.00 |
| | Pacific Gas & Electric P.O. Box 997340, Sacramento, CA 958897340 | | 1,055.25 | NA | NA | 0.00 |
| | Professional Recovery Syst Po Box 5790 Vacaville, Ca95636-5790 , | | 481.12 | NA | NA | 0.00 |
| | Professional REcovery Syst PO Box 5790 Vacaville, CA 956965790 | | 388.46 | NA | NA | 0.00 |
| | Santa Clarita Gastroenterolo 23928 Lyons Ave. Newhall, CA 91321 | | 75.86 | NA | NA | 0.00 |
| | Southwest Credit 5910 W. Plano Prkwy, St100 Plano, TX 750934638 | | 88.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Collection Firm of Franklin Collection Service, Inc Po -i3r4y, T., \ C,-. , | | 325.78 | NA | NA | 0.00 |
| | Torn Bowden 1118 Wood St. Oakland, CA 94607 | | 50,000.00 | NA | NA | 0.00 |
| | United Collection Bureau, P.O. Box 140310 Toledo, OH 43614 | | 400.80 | NA | NA | 0.00 |
| | USA Metals 541 66th Avenue Oakland, CA 946213709 | | 2,560.00 | NA | NA | 0.00 |
| | Wells Fargo Bank, N.A. P.O. Box 5058 Portland, OR 972085058 | | 1,677.30 | NA | NA | 0.00 |
| 1 | Atlas Acquisitions LLC (Triad - HFN-AMERITECH) | 7100-000 | NA | 346.78 | 346.78 | 0.00 |
| 2 | Discover Bank | 7100-000 | 6,021.34 | 11,992.28 | 11,992.28 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 901,298.65 | $ 12,339.06 | $ 12,339.06 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-82408 | MB | Judge: | Manuel Barbosa | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | JON-BARRETT HAVRILESKO | | | | Date Filed (f) or Converted (c): | 06/20/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/19/2012 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 120.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account | 1,800.00 | 245.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 4. Necessary clothing | 600.00 | 50.00 | | 0.00 | FA |
| 5. Wife's wedding ring | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Animals | 50.00 | 0.00 | | 0.00 | FA |
| 7. Contract Claim Lawsuit       (u) | 270,000.00 | 270,000.00 | | 27,500.00 | FA |
| 8. 2 cats, 2 gerbils (Duplicate of Item #6)   (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $274,570.00 | $270,295.00 | | $27,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROSECUTION OF CLAIM ON BEHALF OF ESTATE PROCEEDED TO TRIAL IN MARCH 2016. DURING TRIAL CASE SETTLED. TERMS OF RELEASE DOCUMENTS ARE BEING EXCHANGED. TRUSTEE TO FILE COMPROMISE MOTION WITH THE BANKRUPTCY COURT FOR APPROVAL OF SETTLEMENT.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-82408 | Trustee Name: BERNARD J. NATALE |
| Case Name: JON-BARRETT HAVRILESKO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8665 |
| | Checking |
| Taxpayer ID No: XX-XXX3952 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/16 | 7 | Mr. Yeh<br>135 Fallen Leaf Drive<br>Hillsborough, CA 940106918 | Settlement Funds | | 1249-000 | $27,500.00 | | $27,500.00 |
| 07/26/16 | 1101 | Attorney Earl Johnson<br>Law Offices of Horn & Johnson<br>769 19th Street<br>Oakland CA 946121014 | Special Counsel Attorney Fees | | 3210-000 | | $11,000.00 | $16,500.00 |
| 07/26/16 | 1102 | Attorney Earl Johnson<br>Law Offices of Horn & Johnson<br>769 19th Street<br>Oakland CA 946121014 | Final distribution representing a payment of 100.00 % per court order. | | 3220-000 | | $3,276.00 | $13,224.00 |
| 07/26/16 | 1103 | First-Citizens Bank & Trust Company<br>% Alan Scott Koenig<br>ASK Law Offices<br>P O Box 1170<br>Berkeley IL 947011170 | Compromise Re: Yeh Lawsuit | | 4210-000 | | $6,612.00 | $6,612.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $34.28 | $6,577.72 |
| 11/08/16 | 1104 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | | $1,628.00 | $4,949.72 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($7.86) | 2200-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 46.29 % per court order. | ($1,620.14) | 2100-000 | | | |
| 11/08/16 | 1105 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | | $4,949.72 | $0.00 |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($69.03) | 3120-000 | | | |

| | | | Page Subtotals: | | | $27,500.00 | $27,500.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-82408 | Trustee Name: BERNARD J. NATALE |
| Case Name: JON-BARRETT HAVRILESKO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8665 |
| | Checking |
| Taxpayer ID No: XX-XXX3952 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 46.29 % per court order. | ($4,880.69) 3110-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $27,500.00 | $27,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $27,500.00 | $27,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,500.00 | $27,500.00 |

Page Subtotals:  $0.00  $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8665 - Checking | $27,500.00 | $27,500.00 | $0.00 |
|  | $27,500.00 | $27,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $27,500.00 |
| Total Gross Receipts: | $27,500.00 |

Page Subtotals: $0.00   $0.00